IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cummings, Sherry  L

Printed: 6/17/08

Case Number:  06 B 10415
Judge: Hollis, Pamela S
Filed:  8/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 12, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 7,308.00 |  |
| Secured: |  | 286.54 |
| Unsecured: |  | 4,739.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,839.00 |
| Trustee Fee: |  | 442.66 |
| Other Funds: |  | 0.00 |
| Totals: | 7,308.00 | 7,308.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard E Sexner | Administrative | 1,839.00 | 1,839.00 |
| 2. | Triad Financial Services | Secured | 286.54 | 286.54 |
| 3. | 505 Barnsdale Association | Secured | 300.00 | 0.00 |
| 4. | Capital One | Unsecured | 454.53 | 1,322.63 |
| 5. | HSBC | Unsecured | 267.49 | 778.38 |
| 6. | Resurgent Capital Services | Unsecured | 133.68 | 389.00 |
| 7. | RoundUp Funding LLC | Unsecured | 140.22 | 408.04 |
| 8. | IC System Inc | Unsecured | 21.60 | 62.85 |
| 9. | Capital One | Unsecured | 99.24 | 288.78 |
| 10. | Freedom Card | Unsecured | 47.53 | 138.32 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 55.80 | 162.37 |
| 12. | Hinsdale Castroenerology | Unsecured | 437.40 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 22.50 | 65.47 |
| 14. | Lake State Capital LLC | Unsecured | 386.26 | 1,123.96 |
| 15. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 16. | Christopher Cummings | Secured |  | No Claim Filed |
| 17. | Indymac Bank | Secured |  | No Claim Filed |
| 18. | Internal Revenue Service | Priority |  | No Claim Filed |
| 19. | Christopher Cummings | Priority |  | No Claim Filed |
| 20. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 21. | CCB Credit Services Inc. | Unsecured |  | No Claim Filed |
| 22. | Elmhurst Radiologists | Unsecured |  | No Claim Filed |
| 23. | Certified Svc. | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Cummings, Sherry L | | Case Number: 06 B 10415 |
| | | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | | Filed: 8/23/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Anesthologists Association | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | DuPage Pathology | Unsecured | | No Claim Filed |
| 30. | BP Amoco | Unsecured | | No Claim Filed |
| 31. | Edward Hospital | Unsecured | | No Claim Filed |
| 32. | First Financial | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 34. | Good Samaritan Hospital | Unsecured | | No Claim Filed |
| 35. | Hinsdale Hospital | Unsecured | | No Claim Filed |
| 36. | LaGrange Memorial Hospital | Unsecured | | No Claim Filed |
| 37. | Lane Assocaites | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | Mark Becker PC | Unsecured | | No Claim Filed |
| 40. | MRSI | Unsecured | | No Claim Filed |
| 41. | Cross Country Bank | Unsecured | | No Claim Filed |
| 42. | MRSI | Unsecured | | No Claim Filed |
| 43. | Moran & Moran SC | Unsecured | | No Claim Filed |
| 44. | National Financial Sys | Unsecured | | No Claim Filed |
| 45. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 46. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 47. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 48. | Nicor Gas | Unsecured | | No Claim Filed |
| 49. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 50. | Murphy Lomon & Assocaites | Unsecured | | No Claim Filed |
| 51. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 52. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 53. | RMI/MCSI | Unsecured | | No Claim Filed |
| 54. | Simm Associates Inc | Unsecured | | No Claim Filed |
| 55. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 56. | Tri County | Unsecured | | No Claim Filed |
| 57. | Willowbrook Family Practice | Unsecured | | No Claim Filed |
| 58. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 59. | Comcast | Unsecured | | No Claim Filed |
| 60. | Good Samaritan Hospital | Unsecured | | No Claim Filed |
| 61. | Capital One | Unsecured | | No Claim Filed |
| 62. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 63. | Triad Financial Services | Unsecured | | No Claim Filed |
| 64. | Associated Recovery Systems | Unsecured | | No Claim Filed |
| 65. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 66. | First Financial | Unsecured | | No Claim Filed |
| 67. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 68. | LaGrange Memorial Hospital | Unsecured | | No Claim Filed |
| 69. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 70. | B-Line LLC | Unsecured | | No Claim Filed |
| 71. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 72. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,491.79 | $ 6,865.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cummings, Sherry  L

Printed: 6/17/08

Case Number: 06 B 10415
Judge: Hollis, Pamela S
Filed: 8/23/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 62.54 |
| 5.4% | 50.60 |
| 6.5% | 329.52 |
|  | _____ |
|  | $ 442.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

